UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GIBSON                                          CIVIL ACTION

VERSUS                                           NO. 11-2929

GUSMAN ET AL                                     SECTION "J"(2)

**ORDER**

Before the Court is Plaintiff's motion requesting the Court to appoint counsel (Rec. Doc. 41). Plaintiff avers that he is indigent and cannot afford to hire an attorney. Plaintiff alleges a § 1983 excessive force claim against the defendants.

A litigant has no right to counsel in a civil case. U.S. v. 16,540 in U.S. Currency, 273 F.3d 1094 (5th Cir. 2001) (citing Salmon v. Corpus Christi Indep. Sch. Dist., 911 F.2d 1165 (5th Cir. 1990)). Several factors are considered in determining whether exceptional circumstances are present and whether appointed counsel would facilitate the administration of justice: 1) the suit's complexity; 2) the ability of the indigent litigant to present the case; 3) the litigant's ability to investigate the case; and 4) the skill required to litigate the case before the court. Ulmer v. Chancellor, 691 F.2d 209, 212-13 (5th Cir. 1982). The court has discretion to appoint counsel if doing so would advance the proper administration of justice. Hardwick v. Ault, 517 F.2d 295, 298 (5th Cir. 1975). The term "exceptional circumstances" generally relates to the type and complexity of the case and the ability of

the plaintiff to present his claim. Robbins v. Maggio, 750 F.2d 405, 412 (5th Cir. 1985).

Here, the Court finds that no exceptional circumstances exist which would warrant the appointment of counsel in this civil case. This is not a case requiring a high degree of skill or involving a high degree of complexity. The Court previously dismissed the claims for unsanitary conditions and for inadequate medical care while Plaintiff was in prison, and only the excessive force claim remains. See Rec. Doc. 36. Additionally, Plaintiff is no longer incarcerated at the Orleans Parish Prison. Rec. Doc. 30. Accordingly,

**IT IS ORDERED** that Plaintiff's motion to appoint counsel (Rec. Doc. 41) is **DENIED**.

New Orleans, Louisiana, this 18th day of June, 2012.

UNITED STATES DISTRICT JUDGE